United States Court of Appeals
Fifth Circuit
**FILED**
October 13, 2008
Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 07-10952

---

D.C. Docket No. 4:05-CV-334
4:05-CV-333
4:05-CV-332

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 21 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

JOSEPH HOPKINS; COLLECTIVE ACTION MEMBERS

    Plaintiffs - Appellees-Cross-Appellants

v.

CORNERSTONE AMERICA; MID-WEST NATIONAL LIFE INSURANCE
COMPANY OF TENNESSEE; UNITED INSURANCE COMPANIES INC

    Defendants - Appellants-Cross-Appellees

---

SHERRIE BLAIR; ANDREW BOWMAN; CHRIS FOX; BOB HOWELL;
MARK MANN; COLLECTIVE ACTION MEMBERS

    Plaintiffs - Appellees-Cross-Appellants

v.

CORNERSTONE AMERICA; MID-WEST NATIONAL LIFE INSURANCE
COMPANY OF TENNESSEE; UNITED INSURANCE COMPANIES INC

    Defendants - Appellants-Cross-Appellees

---

NORM CAMPBELL; MARK CROUCHER; JEFF GESSNER;
TERRENCE JOHANESEN; DONNIE KLEIN; SCOTT ROUGHEN;
STEVE WOODHEAD; DAVID YOUNG; COLLECTIVE ACTION MEMBERS

    Plaintiffs - Appellees-Cross-Appellants

v.

CORNERSTONE AMERICA; MID-WEST NATIONAL LIFE INSURANCE
COMPANY OF TENNESSEE; UNITED INSURANCE COMPANIES INC

    Defendants - Appellants-Cross-Appellees

Appeal from the United States District Court for the

Northern District of Texas, Fort Worth.

Before GARZA and ELROD, Circuit Judges, and HICKS,* District Judge.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   NOV 1 8 2008

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Rhonda Pallee
Deputy

New Orleans, Louisiana

NOV 1 8 2008

*District Judge of the Western District of Louisiana, sitting by designation.